IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, its assignees and/or successors,<br><br>        Plaintiff,<br><br>    v.<br><br>JORGE MARTINEZ, et al.,<br><br>        Defendants. | 1:12-CV-363 AWI BAM<br><br>ORDER ADOPTING FINDINGS & RECOMMENDATION AND REMANDING ACTION TO THE STANISLAUS COUNTY SUPERIOR COURT<br><br>(Doc. No. 12, 14) |

    Defendants removed this case from the Stanislaus County Superior Court.  Defendants moved to remand this matter.  Hearing on the motion was held before Magistrate Judge McAuliffe.  On May 1, 2012, the Magistrate Judge issued a Findings and Recommendation ("F&R") that recommended granting the motion to remand due to a lack of subject matter jurisdiction.  See Doc. No. 14.  The F&R also recommended that Plaintiff's request for sanctions be denied.  See id.  The F&R informed that parties that objections could be filed within 15 days of service.  See id.  No objections have been received.

    In accordance with the provisions of 28 U.S.C. § 636(b), the Court has reviewed this case.  Having carefully reviewed the entire file, the Court finds the F&R to be supported by the record and by proper analysis.  This matter will be remanded due to a lack of subject matter jurisdiction, pursuant to 28 U.S.C. § 1447(c).

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed May 1, 2012 (Doc. No. 14), is ADOPTED in full;
2. Plaintiff's motion to remand (Doc. No. 12) is GRANTED;
3. Plaintiff's request for sanctions is DENIED; and
4. This matter is REMANDED forthwith to the Stanislaus County Superior Court pursuant to 28 U.S.C. § 1447(c).

IT IS SO ORDERED.

Dated: November 1, 2012

UNITED STATES DISTRICT JUDGE